

1  Michael S. Agruss (SBN: 259567)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-583-3695
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  BRETT WAGNER

FILED
2011 JUN 27 P
CLERK RICHARD W. WIEKING
U.S. DISTRICT COURT

E-filing

6

7

8          UNITED STATES DISTRICT COURT,
           NORTHERN DISTRICT OF CALIFORNIA,
9              SAN FRANCISCO DIVISION

JCS

10 BRETT WAGNER,                    Case No. 11            3169
                                )
         Plaintiff,             )   COMPLAINT AND DEMAND FOR
11                              )   JURY TRIAL
12       v.                     )
                                )
13 GC SERVICES, LP,             )
                                )
14       Defendant.             )
15                              )
16

17              **VERIFIED COMPLAINT**

18  Plaintiff, BRETT WAGNER (Plaintiff), through his attorneys, KROHN & MOSS, LTD.,

19  alleges the following against Defendant, GC SERVICES, LP, (Defendant):

20              **INTRODUCTION**

21  1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

22  *U.S.C. 1692 et seq.* (FDCPA).

23  2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

24  Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

25

- 1 -

PLAINTIFF'S COMPLAINT

1

## JURISDICTION AND VENUE

2

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

3

actions may be brought and heard before "any appropriate United States district court

4

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court

5

supplemental jurisdiction over the state claims contained within.

6

4. Defendant conducts business in the state of California, and therefore, personal

7

jurisdiction is established.

8

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

9

## PARTIES

10

6. Plaintiff is a natural person residing in San Francisco City, San Francisco County,

11

California.

12

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to

13

Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*

14

and *Cal. Civ. Code § 1788.2(h)*.

15

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ.*

16

*Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

17

9. Defendant is a collection agency with a business office in Houston, Texas.

18

10. Defendant acted through its agents, employees, officers, members, directors, heirs,

19

successors, assigns, principals, trustees, sureties, subrogees, representatives, and

20

insurers.

21

## FACTUAL ALLEGATIONS

22

11. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor,

23

American Express.

24

12. Plaintiff's alleged debt owed to American Express arises from transactions for personal,

25

family, and household purposes.

- 2 -

PLAINTIFF'S COMPLAINT

13. Within the last year, Defendant called Plaintiff at 410-967-67xx, and left messages for Plaintiff in an attempt to collect a debt.

14. Within the last year, Defendant requested Plaintiff to return the calls to the following numbers: 314-851-4345 and 800-926-3136, both of which belong to Defendant.

15. Defendant's messages for Plaintiff fail to properly disclose the caller's identify. *See* Defendant's transcribed messages attached as Exhibit A.

16. Defendant's messages for Plaintiff fail to state the communication is from a debt collector. *See* Exhibit A.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

   b. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

   c. Defendant violated *§1692e* of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

   d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt.

   e. Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, BRETT WAGNER, respectfully requests judgment be entered against Defendant, GC SERVICES, LP, for the following:

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

- 3 -

PLAINTIFF'S COMPLAINT

1   19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act,

2       *15 U.S.C. 1692k.*

3   20. Any other relief that this Honorable Court deems appropriate.

4   **COUNT II**
   **DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION**
5   **PRACTICES ACT**

6   21. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as

7       the allegations in Count II of Plaintiff's Complaint.

8   22. Defendant violated the RFDCPA based on the following:

9      a. Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls
10        without disclosure of the caller's identity.

11     b. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to
12        comply with the statutory regulations contained within the FDCPA, *15 U.S.C. §*
13        *1692 et seq.*

14  WHEREFORE, Plaintiff, BRETT WAGNER, respectfully requests judgment be entered

15  against Defendant, GC SERVICES, LP, for the following:

16  23. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices
17      Act, *Cal. Civ. Code §1788.30(b)*,

18  24. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection
19      Practices Act, *Cal. Civ Code § 1788.30(c)*, and

20  25. Any other relief that this Honorable Court deems appropriate.

21  **DEMAND FOR JURY TRIAL**

22  PLEASE TAKE NOTICE that Plaintiff, BRETT WAGNER, demands a jury trial in this
23  case.

24

25

- 4 -

PLAINTIFF'S COMPLAINT

1

RESPECTFULLY SUBMITTED,

2    DATED: June 22, 2011                    KROHN & MOSS, LTD.

3

4                                        By:

5                                            Michael S. Agruss
                                             Attorney for Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 5 -

PLAINTIFF'S COMPLAINT

1

## VERIFICATION OF COMPLAINT AND CERTIFICATION

2

STATE OF CALIFORNIA

3

Plaintiff, BRETT WAGNER, states as follows:

4

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe

5

that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

6

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing

7

law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as

8

to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the

9

Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

10

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

11

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of

12

the attached exhibits may contain some of my own handwritten notations.

13

Pursuant to 28 U.S.C. § 1746(2), I, BRETT WAGNER, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

14

15

16

DATE: 6/8/11

BRETT WAGNER

17

18

19

20

21

22

23

24

25

- 6 -

PLAINTIFF'S COMPLAINT

1

2

# **EXHIBIT A**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S COMPLAINT

## Brett Wagner v. GC Services, LP

Brett Wagner please call Roberta Barry, 314-851-4345, it is important that we speak please.

Hello, this message is for Brett Wagner. Please call Marty Kattleman at 800-926-3136 at extension 3069. Thank you.

This message is for Brett Wagner. Please call Marty Kattleman at 800-926-3136, extension 3069.