IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT WAGNER, | No. C 11-03169 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING NOTICE OF SETTLEMENT** |
| GC SERVICES, LP, | |
| Defendant. | |

The Court acknowledges plaintiff's notice of settlement (Dkt. No. 10) but cautions that all dates and deadlines remain operative until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: July 22, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE